FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2013 JUL 24 AM 11: 49

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

DENNIS KEVIN YORK,

    Plaintiff,

vs.                                                 Case No. 3:12-cv-1336-J-20JBT

STATE ATTORNEY OFFICES, et al.,

    Defendants.
_____/

## ORDER

This case is before this Court on this Court's Show Cause Order (Dkt. 6, entered April 17, 2013) and Plaintiff's "Motion to show cause" (Dkt. 7, filed May 2, 2013). In his filing, Plaintiff has failed to show cause for his failure to effect proper service on Defendants within the 120 days allowed by Fed. R. Civ. P. 4(m) or to seek an extension of time in which to do so. Plaintiff has therefore failed to show cause as to why the complaint should not be dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a).

Therefore, it is **ORDERED** and **ADJUDGED**:

1. The above case is hereby **DISMISSED WITHOUT PREJUDICE**;

2. The Clerk is directed to **TERMINATE** all pending motions and **CLOSE** the case.

**DONE AND ENTERED** at Jacksonville, Florida, this 2+/- day of July, 2013.

                                              HARVEY E. SCHLESINGER
                                              UNITED STATES DISTRICT JUDGE

Copies to:
Dennis Kevin York, *Pro Se* Plaintiff